PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Garrett JONES |
| **Docket Number:** | 2:03CR00276-01 |
| **Name of Judicial Officer:** | Honorable Kimberly J. Mueller<br>United States Magistrate Judge<br>Sacramento, California |
| **Date of Original Sentence:** | 09/09/2004 |
| **Original Offense:** | 21 USC 641 - Theft of Government Property, Counts 1-7 (CLASS A MISDEMEANORS). |
| **Special Conditions:** | Warrantless search; Drug/alcohol treatment/testing; Not dispose of any assets until fine and/or restitution is paid in full; Financial disclosure; Not open new lines of credit; Mental health treatment; Home confinement for a period of 120 days; Co-payment for testing of up to $25 per month. |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | 03/04/2005 |

Rev. 04/2005
PROB12A1.MRG

**RE:    Garrett JONES**
**       Docket Number:  2:03CR00276-01**
**       <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

**Assistant U.S. Attorney:** Samantha S. Spangler          **Telephone:** (916) 554-2700

**Defense Attorney:** Victor S. Haltom (Appointed)          **Telephone:** (916) 444-8663

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.    ILLICIT DRUG USE**

**Details of alleged non-compliance:** On March 28, 2005, the offender submitted a urine sample at Turning Point of Central California, which was subsequently determined to be positive for Amphetamine/Methamphetamine.

**United States Probation Officer Plan/Justification:** On April 9, 2005, the offender was admitted to Recovery House, a 90- day residential drug program in Stockton, California. The undersigned spoke to the offender's social worker from the San Joaquin County Childrens' Social Service Department and learned that, as a condition of reuniting with his child, he must complete a drug program. The Childrens' Social Service Department proceeded to arrange for this placement. As of May 3, 2005, the offender continued to make progress while at Recovery House. The probation officer will continue to monitor

**RE:    Garrett JONES
         Docket Number:  2:03CR00276-01
         <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

the offender's progress and refer him to outpatient drug treatment when he completes Recovery House. At this time, the probation officer is recommending the Court take judicial notice of the positive drug test and no further action be taken.

Respectfully submitted,

/s/ Richard A. Ortiz

**RICHARD A. ORTIZ**
**Senior United States Probation Officer**
Telephone:  916-683-3323

**DATED:** May 5, 2005
Elk Grove, California 95758
RAO:kms

REVIEWED BY:    /s/ Joe E. Glaspie
**JOE E. GLASPIE**
**Assistant Deputy Chief United States Probation Officer**

**RE:   Garrett JONES**
**        Docket Number:  2:03CR00276-01**
**        REPORT OF OFFENDER NON-COMPLIANCE**

---

THE COURT ORDERS:

(X) The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  ) Submit a Request for Modifying the Conditions or Term of Supervision.

(  ) Submit a Request for Warrant or Summons.

(  ) Other:

**DATED:  May 10, 2005.**

_____
**UNITED STATES MAGISTRATE JUDGE**